ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
KEITH M. STAUB
Assistant United States Attorney
California Bar Number:   137909
    Room 7516 Federal Building
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-7423
    Facsimile: (213) 894-7819
    email: keith.staub@usdoj.gov

Attorney for Federal Defendants

JS - 6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| DAVID ANDERSON et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>CHRISTOPHER COX et al.<br><br>    Defendants. | No. SACV 10-31 JVS (MLG)<br><br>Hon. James V. Selna |

**ORDER OF DISMISSAL**

1  To Plaintiffs and their Attorneys of Record:

2  Please take notice that on December 6, 2010, this Court granted Defendants'
3  Motion to Dismiss for the reasons stated in the attached Minute Order dated
4  December 6, 2010.  Plaintiff's First Amended Complaint is dismissed with
5  prejudice.

7  Dated:  December 29, 2010

   HON. JAMES V. SELNA
   United States District Court Judge